## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| **PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee** | **CIVIL ACTION NO:** |
| **Plaintiff** | **COMPLAINT** |
| **vs.** | |
| **Dodi S. Sidelinger** | **RE:**<br>**56 Ballpark Drive, Portland, ME 04103** |
| **Defendant** | |
| **First Tennessee Bank, N.A. f/k/a First Horizon Home Loan Corporation**<br>**Dennis Carey**<br>**Tygdon, LLC** | **Mortgage:**<br>**June 5, 2006**<br>**Book 24045, Page 203** |
| **Parties-In-Interest** | |

NOW COMES the Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Dodi S. Sidelinger, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by PROF-

2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, in which the Defendant, Dodi S. Sidelinger, is the obligor and the total amount owed under the terms of the Note is five hundred thirty-nine thousand eight hundred forty-five and 57/100 ($539,845.57) dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3.  Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4.  PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee is a national association with its principal place of business located at 60 Livingston Avenue, EP-MN-WS3D, St Paul, MN 55107.

5.  The Defendant, Dodi S. Sidelinger, is a resident of Portland, County of Cumberland and State of Maine.

6.  The Party-in-Interest, First Tennessee Bank, N.A. f/k/a First Horizon Home Loan Corporation, is located at 165 Madison Avenue, Memphis, TN 38103.

7.  The Party-in-Interest, Dennis Carey, is located at c/o Carey & Associates, P.A., 114 Congress Street, Rumford, ME 04276.

8.  The Party-in-Interest, Tygdon, LLC, is located at c/o Marcus Clegg, 16 Middle Street, Unit 501, Portland, ME 04101.

## FACTS

9. On June 5, 2006, by virtue of a Warranty Deed from Ballpark Drive Development, LLC, which is recorded in the Cumberland County Registry of Deeds in **Book 24045, Page 200**, the property situated at 56 Ballpark Drive, County of Cumberland, and State of Maine, was conveyed to the Defendant, Dodi S. Sidelinger, being more particularly described by the attached legal description.  *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

10. On June 5, 2006, the Defendant, Dodi S. Sidelinger, executed and delivered to First Horizon Home Loan Corporation a certain Note in the amount of $388,000.00.  *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).  Defendant, Dodi S. Sidelinger's personal liability may be limited and/or extinguished by the Chapter 13 bankruptcy filed, pending as Docket No. 14-20747.

11. To secure said Note, on June 5, 2006, the Defendant executed a Mortgage Deed in favor of First Horizon Home Loan Corporation, securing the property located at 56 Ballpark Drive, Portland, ME 04103 which Mortgage Deed is recorded in the Cumberland County Registry of Deeds in **Book 24045**, **Page 203**.  *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

12. The Mortgage was then assigned to Federal National Mortgage Association by virtue of an Assignment of Mortgage dated May 27, 2010 and recorded in the Cumberland County Registry of Deeds in **Book 27913**, **Page 87**.  *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. The Mortgage was then assigned to PROF-2014-S2 Legal Title Trust II by U.S. Bank National Association, as Legal Title Trustee by virtue of an Assignment of Mortgage dated January 13, 2017 and recorded in the Cumberland County Registry of Deeds in **Book 33763**,

**Page 195** (here also with recorded Power of Attorney from Federal National Mortgage Association to Nationwide Title Clearing Inc.). *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

14. On December 17, 2007, the Defendant, Dodi S. Sidelinger, executed a Home Affordable Modification Agreement, recorded in the Cumberland County Registry of Deeds in **Book 25763, Page 12**, which increased the principal amount of the Note to $388,000.00 (herein after referred to as the "2007 Loan Modification"). *See* Exhibit F (a true and correct copy of the 2007 Loan Modification is attached hereto and incorporated herein)

15. On August 22, 2013, the Defendant, Dodi S. Sidelinger, executed a Home Affordable Modification Agreement, recorded in the Cumberland County Registry of Deeds in **Book 31226, Page 123**, which increased the principal amount of the Note to $439,127.25 (herein after referred to as the "2013 Loan Modification"). *See* Exhibit G (a true and correct copy of the 2013 Loan Modification is attached hereto and incorporated herein)

16. On October 31, 2018, the Defendant, Dodi S. Sidelinger, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit H (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

17. The Demand Letter informed the Defendant, Dodi S. Sidelinger, of the payment due date, the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit H.

18. The Defendant, Dodi S. Sidelinger, failed to cure the default prior to the expiration of the Demand Letter.

19. The Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, is the present holder of the Note pursuant to endorsement by the

previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., 10 M.R.S. § 9416, and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

20. The Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, is the lawful holder and owner of the Note and Mortgage.

21. The Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 were strictly performed.

22. First Tennessee Bank, N.A. f/k/a First Horizon Home Loan Corporation is a Party-in-Interest pursuant to a Mortgage in the amount of $72,750.00 dated June 5, 2006, and recorded in the Cumberland County Registry of Deeds in **Book 24045**, **Page 228** and is in second position behind Plaintiff's Mortgage.

23. Dennis Carey is a Party-in-Interest pursuant to a Mortgage in the amount of $30,000.00 dated April 2, 2007, and recorded in the Cumberland County Registry of Deeds in **Book 25035**, **Page 210** and is in third position behind Plaintiff's Mortgage.

24. Tygdon, LLC is a Party-in-Interest pursuant to a Writ of Execution in the amount of $190,401.60 dated January 9, 2013, and recorded in the Cumberland County Registry of Deeds in **Book 30312**, **Page 226** and is in fourth position behind Plaintiff's Mortgage.

25. Dennis Carey is a Party-in-Interest pursuant to a Writ of Execution in the amount of $31,208.34 dated January 16, 2014, and recorded in the Cumberland County Registry of Deeds in **Book 31296**, **Page 207** and is in fifth position behind Plaintiff's Mortgage.

26. The total debt owed under the Note and Mortgage as of May 31, 2019 is five hundred thirty-nine thousand eight hundred forty-five and 57/100 ($539,845.57) dollars, which includes:

| Description | Amount |
|---|---|
| Principal Balance | $427,079.27 |
| Interest | $71,187.65 |
| Escrow Advance | $39,495.75 |
| Suspense Balance | $-680.00 |
| Recoverable Balance | $2,762.90 |
| Grand Total | $539,845.57 |

27. Upon information and belief, the Defendant, Dodi S. Sidelinger, is presently in possession of the subject property originally secured by the Mortgage.

## FORECLOSURE

28. The Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, repeats and re-alleges paragraphs 1 through 27 as if fully set forth herein.

29. This is an action for foreclosure respecting a real estate related Mortgage and title located at 56 Ballpark Drive, Portland, County of Cumberland, and State of Maine. *See* Exhibit A.

30. The Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, is the holder of the Note referenced in Paragraph 10 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, has the right to foreclosure upon the subject property.

31. The Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National Association, as Legal Title Trustee, is the current owner and investor of the aforesaid Mortgage and Note.

32. The Defendant, Dodi S. Sidelinger, is presently in default on said Mortgage and Note, having failed to make the monthly payment due May 1, 2015, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note.

33. The total debt owed under the Note and Mortgage as of May 31, 2019 is five hundred thirty-nine thousand eight hundred forty-five and 57/100 ($539,845.57) dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $427,079.27 |
| Interest | $71,187.65 |
| Escrow Advance | $39,495.75 |
| Suspense Balance | $-680.00 |
| Recoverable Balance | $2,762.90 |
| Grand Total | $539,845.57 |

34. The record established through the Cumberland County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

35. By virtue of the Defendant's breach of condition, the Plaintiff hereby demands a foreclosure on said real estate.

36. Notice in conformity with 14 M.R.S.A. §6111 was sent to the Defendant, Dodi S. Sidelinger, on October 31, 2018, evidenced by the Certificate of Mailing. *See* Exhibit H.

37. The Defendant, Dodi S. Sidelinger, is not in the Military as evidenced by the attached Exhibit I.

38. If you are in bankruptcy or received a bankruptcy discharge of this debt, this is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National

Association, as Legal Title Trustee, prays this Honorable Court:

a) Issue a judgment of foreclosure in conformity with Title 14 § 6322;

b) Grant possession to the Plaintiff, PROF-2014-S2 Legal Title Trust II, by U.S. Bank National

   Association, as Legal Title Trustee, upon the expiration of the period of redemption;

c) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
PROF-2014-S2 Legal Title Trust II, by U.S.
Bank National Association, as Legal Title
Trustee,
By its attorneys,

Dated:  May 16, 2019

/s/ John A. Doonan, Esq.
/s/ Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com