STATE OF MAINE            DISTRICT / SUPERIOR COURT
Location: Cumberland County
Docket No. 2:19-CV-00330-DBH

PROF-2014-S2 Legal Title Trust II,
by US Bank, N.A., as Legal Title Trustee
         Plaintiff

v.

Dodi S. Sidelinger, et al.
         Defendant

**RESPONSE TO COMPLAINT AND REQUEST FOR MEDIATION**

## Important Notice to Homeowner

A foreclosure case has been filed against you in court. **You will probably lose your home if you do not file a written Response within 20 days.** You can use this form as your Response. Just fill out this form and return it to the court in the enclosed envelope so that the court receives it **before the 20-day deadline.** Mail a copy to the lender's lawyer. You can attach additional sheets if this form does not give you enough space.

1. Your Response

**To protect your rights in this case, you must file a response.** You can file a response by checking the box below and filling in your address.

☑ I live at and own the building at 56 Ballpark Drive, Portland, ME. I believe there are good reasons I should not lose my home to foreclosure. I deny at least some of the lender's statements in the foreclosure complaint. I assert all affirmative defenses that apply to my case.

2. Your Right to Mediation

**You have the right to meet with your lender and a neutral third party.** This free meeting gives you the chance to talk about how you might avoid foreclosure – before a judge hears your case. This is called a "mediation" meeting. At the meeting a neutral court mediator will help you and the lender try to come to an agreement. The mediator will not force you to accept an agreement.

Please return this form to the court. You will hear from the clerk about mediation.

_____      Dodi Sidelinger
(Your Signature)                    (Your Name, Printed)

**MAILING ADDRESS**          **LIVING ADDRESS**

56 Ballpark Drive
(Mailing Address)                  (Living Address)
Portland, ME 04103
(City, State, Zip)                    (City, State, Zip)

(Phone Number)                  (Phone Number)