## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| PROF-2014-S2 Legal Title Trust, II, by U.S. Bank National Association, as Legal Title Trustee<br>**Plaintiff** | CIVIL ACTION NO: 2:19-cv-00220-DBH |
| **vs.** | RE:<br>56 Ballpark Drive, Portland, ME 04103 |
| Dodi S. Sidelinger | Mortgage:<br>June 5, 2006<br>Book 24045, Page 203 |
| **Defendant**<br>First Tennessee Bank f/k/a First Horizon Home Loan Corporation<br>Dennis Carey<br>Tygdon, LLC | |
| **Parties-In-Interest** | |

## MOTION TO WITHDRAW

NOW COMES the undersigned and hereby moves to withdraw as counsel for Plaintiff, PROF-2014-S2 Legal Title Trust, II, by U.S. Bank National Association, as Legal Title Trustee in the above entitled action. As grounds therefore, the undersigned states that the law firm of Doonan, Graves, and Longoria, LLC is no longer representing said Plaintiff and is therefore requesting that they be removed as Counsel.

Respectfully Submitted,

Dated: May 18, 2020

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

# CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq. hereby certify that on this the 18th day of May, 2020 I served a

copy of the above document by electronic notification using the CM/ECF system and/or First

Class Mail to the following:

/s/Reneau J. Longoria, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

J. Scott Logan, Esq.
75 Pearl Street
Suite 212
Portland, ME 04101

Tygdon, LLC
c/o Maurice Schmir
46 Elaines Way
Eliot, ME 03903

Stephean C. Chute, Esq.
Four Ottawa Road
Cape Elizabeth, ME 04107

First Tennessee Bank, N.A. f/k/a
First Horizon Home Loan Corporation
3451 Prescott Street
Memphis, TN 38118

Andrew J. Schaefer, Esq.
BENDETT & MCHUGH, P.C.
30 Danforth Street, Suite 103
Portland, ME 04101