UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| PROF-2014-S2 LEGAL TITLE TRUST II, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE<br><br>PLAINTIFF<br><br>V.<br><br>DODI S. SIDELINGER,<br><br>DEFENDANT<br><br>AND<br><br>FIRST TENNESSEE BANK, N.A. *f/k/a First Horizon Home Loan Corporation*; DENNIS CAREY; TYGDON, LLC,<br><br>PARTIES-IN-INTEREST | CIVIL NO. 2:19-CV-220-DBH |

ORDER ON MOTION TO STAY

The defendant, party-in-interest, Dennis Carey's motion to stay proceedings is **DENIED**. The issue can be addressed in the pending motions (to dismiss and for summary judgment). The plaintiff shall respond to the motion to dismiss by September 14, 2020. Any reply shall comply with the Local Rules.

SO ORDERED.

DATED THIS 24TH DAY OF AUGUST, 2020

/S/ D. BROCK HORNBY
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE