UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **1900 CAPITAL TRUST III BY US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE** )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | |
| **PLAINTIFF** )<br>) | |
| v. )<br>) | **CIVIL NO. 2:19-CV-220-DBH** |
| **DODI S. SIDELINGER,** )<br>)<br>) | |
| **DEFENDANT** )<br>) | |
| AND )<br>) | |
| **FIRST TENNESSEE BANK, N.A.** *f/k/a First Horizon Home Loan Corporation*; **DENNIS CAREY; TYGDON, LLC,** )<br>)<br>)<br>) | |
| **PARTIES-IN-INTEREST** | |

**REPORT OF FINAL PRETRIAL CONFERENCE AND ORDER**

This mortgage foreclosure case is set for trial on Monday May 17, 2021. Counsel agree that one day of trial is sufficient. Discovery is complete, and all motions have been filed and decided. The mortgagor is consenting to judgment, and the primary dispute is between the first mortgagee and a junior mortgagee, Dennis Carey, over priorities and amounts due. The manager of a defaulted party, Tygdon LLC, emailed the Clerk, stating a desire to file an affidavit. I

directed the Clerk to inform him that the Clerk could not provide legal advice and to forward the email correspondence to counsel.

May 10, 2021, is the deadline for notice of settlement, any stipulations, a list of witnesses and for filing exhibits for the court's review in advance of the bench trial.

No trial briefs are required. After the trial the court will determine whether post-trial briefs are desirable.

I directed counsel to consult with the Clerk's Office as trial approaches concerning any necessary precautions for witnesses and attorneys for this in-person hearing in light of the pandemic.

**SO ORDERED.**

**DATED THIS 27TH DAY OF APRIL, 2021**

/S/D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**