UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| 1900 CAPITAL TRUST III BY US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE,<br><br>    PLAINTIFF<br><br>v.<br><br>DODI S. SIDELINGER,<br><br>    DEFENDANT<br><br>AND<br><br>FIRST TENNESSEE BANK, N.A. *f/k/a First Horizon Home Loan Corporation*; DENNIS CAREY; TYGDON, LLC,<br><br>    PARTIES-IN-INTEREST | CIVIL NO. 2:19-CV-220-DBH |

## ORDER ON MOTION TO SET ASIDE ORDER ON MOTION FOR DEFAULT JUDGMENT

Junior mortgagee Carey says that he did not receive a copy of the plaintiff's proposed judgment that the Court ordered the plaintiff to file. (ECF No. 114). The ECF docket shows that he is correct. He should have been served with a copy by ECF or otherwise.

The judgment is therefore **VACATED**. The judgment shall be treated as the plaintiff's proposed judgment that the Court requested. Carey and any other party must file any objections or comments by July 20, 2021.

**SO ORDERED.**

**DATED THIS 13TH DAY OF JULY, 2021**

                                          /S/D. BROCK HORNBY
                                          **D. BROCK HORNBY**
                                          **UNITED STATES DISTRICT JUDGE**