# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **1900 CAPITAL TRUST III BY US BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS CERTIFICATE TRUSTEE,** <br><br> **PLAINTIFF** <br><br> V. <br><br> **DODI S. SIDELINGER,** <br><br> **DEFENDANT** <br><br> AND <br><br> **FIRST TENNESSEE BANK, N.A.** *f/k/a First Horizon Home Loan Corporation*; **DENNIS CAREY; TYGDON, LLC,** <br><br> **PARTIES-IN-INTEREST** | **CIVIL NO. 2:19-CV-220-DBH** |

### ORDER ON DENNIS CAREY'S OPPOSITION TO ENTRY OF PROPOSED JUDGMENT

The defendant party-in-interest Dennis Carey's Opposition to Entry of Proposed Judgment is **OVERRULED**. Any fair reading of my Findings of Fact and Conclusions of Law (ECF No. 112) would conclude that it disposed of the Motion for Consent Judgment of Foreclosure and Sale (ECF No. 95) as to the defendant mortgagor Dodi Sidelinger. Perhaps the Proposed Judgment could have been more succinct, but it meets the requirement of Fed. R. Civ. P. 58.

The Clerk shall now enter the proposed judgment (ECF No. 113) as this Court's Judgment.

**SO ORDERED.**

**DATED THIS 5TH DAY OF AUGUST, 2021**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**